UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| WILLIE BROOKS | : | No. 07-705-1 |

**O R D E R**

**AND NOW,** this 30th day of December, 2009, upon consideration of the Motion of Defendant Willie Brooks to Withdraw Guilty Plea (Document No. 64) and the Government's response thereto (Document No. 67), following an evidentiary hearing and oral argument on December 10, 2009, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge